# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 23 PM 1:38

KNH

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '08 MJ 1934

The person charged as SANTOS, Jorge Americo now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the ____________ District of Massachusetts on 06/17/08 with: **Title 18 USC 3148** **in violation of:**

**Violated his Pretrial Release**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 06/23/08

Cecil Jacot
CI -Deputy United States Marshal

Reviewed and Approved

DATE:

Assistant United States Attorney

PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

Jorge A. Santos                                                  Docket No. 07cr10103 GAO

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned Pretrial Services Officer presents this report regarding defendant , who was placed under pretrial release supervision by the Honorable Joyce Alexander, on 2/22/2007 under the following conditions:

1. Electronic monitoring.
2. Report to Pretrial Services, Central District of California, as directed
3. Surrender any passport to Pretrial Services and not obtain another one for the pendency of the case
4. Travel is restricted to Massachusetts (for court purposes and attorney visits) and the Central District of California
5. Refrain from possessing any weapons or destructive devices
6. Submit to random drug testing
7. Notify Pretrial Services within 24 hours of any contact with law enforcement
8. Maintain residence and report to Pretrial of any change
9. Appear at all court proceedings as required
10. Statutory conditions of release

And respectfully seeks action by the Court and for cause as follows:

(Insert here or if lengthy, attach on a separate sheet)

**See attached memorandum.**

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☒ Issue a Warrant

☐ Issue a Summons for the defendant to appear for a show cause hearing

☐ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 6/16/2008 Place: Boston, Massachusetts

____________________ Date: 6/16/2008

Gina Affsa
U.S. Pretrial Services Officer

ORDER OF COURT

☐ Warrant to Issue

☐ Summons to issue. Clerk to schedule show cause hearing.

☐ Other:

Considered and ordered this__________day of____________,20____,and ordered filed and made part of the record in the above case.

____________________________
Judicial Officer

# MEMORANDUM

**To:** Honorable George A. O'Toole, Jr., United States District Judge

**cc:** Robert A. Fisher, AUSA
George Gormley, Esq. and Michael Liston, Esq.

**From:** Gina P. Affsa, Electronic Monitoring Specialist

**Re:** United States v. Jorge A. Santos and Lourdes Santos
07cr10103 GAO

**Date:** June 23, 2008

Lourdes Santos and Jorge A. Santos, the defendants in the above matter, are named in an Indictment, charging them with Conspiracy to Distribute and Possess With Intent to Distribute Cocaine, under Title 21 U.S.C., Section 846 and Title 21 U.S.C., Sections 841(a)(1). On February 22, 2007, the defendants were each released on $25,000 unsecured bonds and electronic monitoring, along with the conditions outlined in the attached Petition.

The defendants live in Los Angeles and since their initial release, remained under the supervision of Pretrial Services in the Central District of California. As Your Honor is aware, on June 10, 2008, both defendants pled guilty to said charges and were released to return back to the Central District of California. The defendants had a flight arranged by DEA, which was scheduled to arrive in Los Angeles on Wednesday, June 11, 2008, at 11:50 p.m. The electronic bracelets were removed from the defendants just prior to leaving for Boston (due to airport security requirements) and the Pretrial Services officer in Los Angeles supplied the defendants with the elicit instruction to report to the Pretrial Services Office in Los Angeles on June 12, 2008, so that the electronic monitoring equipment could be placed back on them. However, the defendants did not report as directed. The officer telephoned the residence on Friday, June 13, and several times over the weekend but, the telephone went unanswered.

On this date, this officer was contacted by U.S. Pretrial Services Officer Manuel Ibanez (Central District of California), who informed me that he believed the defendants have absconded. He stated that just today, he was able to reach their 18 year old son, whom answered the telephone. Their son stated that the defendants returned to Los Angeles as scheduled on Thursday but, he has not seen them since. Their son also stated that he does not know their whereabouts, yet he

Honorable George A. O'Toole, United States District Judge
United States v. Santos, et al.
Page 2

knows that they are alright, and he is not worried about them. (Based on this information, Officer Ibanez believes that their son does know more than he is providing.)

In light of the above, this officer respectfully requests that Your Honor issue a warrant for the defendants' arrest, under Title 18, U.S.C. Section 3148.

Respectively submitted,

Gina P. Affsa,
U.S. Pretrial Services Officer

Reviewed by:

John R. Riley, Chief
U.S. Pretrial Services Officer